STATE OF NEBRASKA V. UNION PACIFIC RAILROAD
COMPANY.

FILED FEBRUARY 28, 1911.   No. 16,534.

ORIGINAL action by the state.   Demurrer to petition.
*Demurrer overruled.*

*William T. Thompson, Attorney General,* and *Grant G.
Martin,* for plaintiff.

*N. H. Loomis, Edson Rich, J. A. Sheean* and *E. F.
Pettis, contra.*

SEDGWICK, J,

This is a companion case to *State v. Chicago, B. & Q.
R. Co., ante,* p. 669.   There was a general demurrer to the
petition in this case also.   For the reasons there given,
the demurrer is

OVERRULED.

BARNES, J., dissents.

LETTON, J., not sitting.